■ In the Matter of CHRISTINE P. and Others, Children Alleged to be Abused and Neglected. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; PAUL P., Appellant. [38 NYS3d 461]—Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered February 25, 2015 in a proceeding pursuant to Family Court Act article 10. The order, among other things, determined that respondent abused and neglected Christine P. and derivatively abused and neglected Rachel P. and Andrew P.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Lindley, Curran, Troutman and Scudder, JJ.